### 8640. HATTAWAY & RAMBO *v.* SANDERLIN.

LUKE, J. 1. The court did not err in sustaining the objections to testimony, as complained of in the fourth, fifth, and sixth grounds of the motion for a new trial.

2. The charge of the court, when read as a whole, fully and fairly submitted the issues raised by the pleadings. There was evidence authorizing the verdict; and the verdict having the approval of the trial judge, it was not error, for any of the reasons assigned, to overrule the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED JANUARY 21, 1918.

Action for breach of contract; from Clay superior court—Judge Worrill. December 2, 1916.

*Zach Arnold, E. R. King, L. M. Rambo,* for plaintiffs in error.
*Ben M. Turnipseed,* contra.